OPINION — AG — ** PUBLIC COMPETITIVE BIDDING ACT ** THE PROVISIONS OF HOUSE BILL NO. 1665 DO 'NOT' APPLY TO THE AWARDING OF CONTRACT BY AN INDUSTRIAL PUBLIC TRUST CREATED UNDER 60 O.S. 176 [60-176], ET SEQ., FOR THE CONSTRUCTION OF PRIVATE INDUSTRIAL MANUFACTURING PLANTS TO BE LEASED TO A PRIVATE COMMERCIAL USER OR THE PURCHASE AND INSTALLATION OF EQUIPMENT IN SUCH A PLANT. (PUBLIC TRUST, BOARD OF PUBLIC AFFAIRS, COMPETITIVE BIDS, INDEBTEDNESS) CITE: 60 O.S. 176 [60-176] (MIKE D. MARTIN)